1
2
3
4
5
6                          UNITED STATES DISTRICT COURT
7                               DISTRICT OF NEVADA
8                                     * * *
9    LAN THI TRAN NGUYEN,                 Case No. 2:13-cv-00273-MMD-CWH
10                          Plaintiff,                ORDER
11        v.
12   COLLINS, et al.,
13                          Defendants.
14
15        On February 19, 2013, the Clerk of Court received documents from plaintiff, who

16   is an inmate at the Dublin Correctional Facility in California.  These documents included

17   a complaint, an application to proceed *in forma pauperis*, a statement of facts, and a

18   motion for counsel.  Instead of opening one case with these documents, the Clerk of

19   Court erroneously opened two cases: (1) the instant action, in which the complaint,

20   application to proceed *in forma pauperis*, and motion for counsel were filed; and (2) a

21   second action, case number 2:13-cv-00274-MMD-PAL, in which plaintiff's statement of

22   facts and motion for counsel were filed.  Upon review of the documents filed in both

23   cases, the Court concludes that only one action should have been opened by the Clerk

24   of Court.  The complaint in the instant action directly references the statement of facts

25   that the Clerk filed in case number 2:13-cv-00274-MMD-PAL.  Both the complaint in the

26   instant action and the statement of facts filed in 2:13-cv-00274-MMD-PAL concern the

27   same subject matter: Allegations that plaintiff and other inmates were subjected to

28   unconstitutional conditions of confinement such as a lack of medical care, a lack of

sanitation, improper hygiene, and other unfavorable conditions of confinement while incarcerated at the Nevada Southern Detention Center, located in Pahrump, Nevada. (Dkt. no. 1-1 in 2:13-cv-00273-MMD-CWH; dkt. no. 1, in 2:13-cv-00274-MMD-PAL.) Because all of these documents should have been opened as <u>one action</u>, this order directs the Clerk of Court to correct its mistake by closing the later-filed action, 2:13-cv-00274-MMD-PAL, and file the documents in the instant case, 2:13-cv-000273-MMD-CWH.

IT IS THEREFORE ORDERED that the Clerk of Court SHALL FILE IN THE INSTANT CASE documents at dkt. no. 1 and dkt. no. 2 which were filed in case number 2:13-cv-00274-MMD-PAL.

IT IS FURTHER ORDERED that the Clerk of Court SHALL FILE a copy of this order in case number 2:13-cv-00274-MMD-PAL.

IT IS FURTHER ORDERED that the Clerk of Court SHALL CLOSE the erroneously-opened action at case number 2:13-cv-00274-MMD-PAL.

IT IS FURTHER ORDERED that plaintiff's claims SHALL PROCEED under the instant case number.  All filings by plaintiff shall be captioned with the case number of the instant action, 2:13-cv-273-MMD-CWH.  A screening order will be issued in due course.

DATED THIS 22nd day of February 2013.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE